IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN MICHAEL WILLIAMS,   Case No. 6:13-cv-00944-TC

    Plaintiff,   ORDER

  v.

OREGON STATE HOSPITAL, et al.,

    Defendants.

Aiken, Chief Judge:

    Magistrate Judge Coffin issued his Findings and Recommendation in the above-captioned case on August 2, 2013, recommending that plaintiff's amended complaint be dismissed. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

1   - ORDER

<u>Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). Plaintiff timely filed objections to the Findings and Recommendation. Upon <u>de novo</u> review, I find no error in Magistrate Judge Coffin's recommendation. Upon review of plaintiff's amended complaint, he fails to allege facts sufficient to state a claim against the named defendants.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 12) filed August, 2, 2013 is ADOPTED, and plaintiff's amended complaint is HEREBY DISMISSED. The Clerk is directed to enter Judgment accordingly.

IT IS SO ORDERED.

Dated this 12th day of December, 2013.

_____
Ann Aiken
United States District Judge

2    - ORDER